**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| Rochelle Dickerson f/k/a Rochelle Anderson *on behalf of herself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>Enhanced Recovery Company, LLC<br><br>Defendants. | Civil Action No: 1:21-cv-01981-RLY-TAB |

## ORDER OF DISMISSAL OF DEFENDANT ENHANCED RECOVERY COMPANY, LLC WITH PREJUDICE

Comes now the Plaintiff, Rochelle Dickerson f/k/a Rochelle Anderson ("Plaintiff"), and comes now the Defendant, Enhanced Recovery Company, LLC. ("ERC"), by counsel, and filed their Stipulation for Dismissal with Prejudice and the Court having examined said Stipulation and being duly and sufficiently advised in the premises, now finds that all matters at issue between Plaintiff and ERC have been resolved and settled and that Plaintiff's individual claims against ERC should be dismissed with prejudice.

IT IS HEREBY ORDERED, ADJUGED AND DECREEED that ERC is hereby dismissed from this case with prejudice, without costs, disbursements, or attorneys' fees to either party.

Date: 6/27/2022

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution will be made electronically
on all ECF registered counsel of record
via email generated by the Court's ECF system

1